# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 14-1528-LPS |
| v. | ) ) **JURY TRIAL DEMANDED** |
| ELECTROSPEC, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice and without costs or any other award to any party. Defendant has yet to serve Plaintiff with an answer or with a motion for summary judgment. Accordingly, under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss this action without order of the Court, by filing this Notice.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

William H. Brewster
Jessica A. Pratt
KILPATRICK TOWNSEND
  & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Tel: (404) 815-6500

By: */s/ Bindu A. Palapura*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Dated: February 9, 2015
1180758 / 20120-702

*Attorneys for Plaintiff*
*E. I. du Pont de Nemours and Company*